UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROL DAVIS, AS EXECUTRIX OF THE ESTATE OF FRANK DAVIS, and CAROL DAVIS, INDIVIDUALLY, WENDY KAY HARRIS and LORI SORRETT , <br><br>              Plaintiff,s<br><br>  v.<br><br>GUIDANT CORP. INC. et al.,<br><br>              Defendants. | Case No.: C-04-00613  PVT<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTION FOR PROTECTIVE ORDER** |

On June 14, 2005, Plaintiffs filed a Motion to compel discovery from Defendants and set the hearing date for the motion on July 26, 2005.[1]  On June 24, 2005 Defendants filed a Motion for protective order in order to relieve them of asserted undue burden in responding to discovery filed by Plaintiffs.  For the convenience of the Court,

IT IS HEREBY ORDERED that:

    1.    Plaintiffs' Opposition to Defendant's Motion for Protective Order shall be filed no later than July 8, 2005;

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

2. Defendants' Reply to the Motion for Protective Order shall be filed no later than July 15, 200;

3. The Motion to compel discovery and the Motion for Protective Order shall both be heard at 10:00 a.m. on July 26, 2005; and

4. The briefing dates for Plaintiffs' Motion to compel discovery shall remain unchanged, with Defendants' Opposition due July 5, 2005 and Plaintiffs' Reply due on July 12, 2005.

IT IS SO ORDERED.

Dated: June 27, 2005

/s/ Patricia V. Trumbull
PATRICIA V. TRUMBULL
United States Magistrate Judge