**E-filed 9/11/06**

| | |
|---|---|
| 1 | JACK B. MCCOWAN, JR. (SBN: 62056) |
|   | LINDA L. NUSSER (SBN: 132154) |
| 2 | CHARLES E. WILSON (SBN: 225625) |
|   | GORDON & REES LLP |
| 3 | Embarcadero Center West |
|   | 275 Battery Street, Suite 2000 |
| 4 | San Francisco, CA 94111 |
|   | Telephone: (415) 986-5900 |
| 5 | Facsimile: (415) 986-8054 |
| 6 | MICHAEL L. O'DONNELL, *Pro Hac Vice* |
|   | JOSEPH B. VALENTINE, *Pro Hac Vice* |
| 7 | SEAN G. SAXON (SBN: 230054) |
|   | WHEELER TRIGG KENNEDY LLP |
| 8 | 1801 California Street, Suite 3600 |
|   | Denver, CO 80202 |
| 9 | Telephone: (303) 244-1800 |
|   | Facsimile: (303) 294-1879 |

Attorneys for Defendants
GUIDANT CORPORATION, INC., ADVANCED CARDIOVASCULAR SYSTEMS, INC., ORIGIN MEDSYSTEMS, INC. and ENDOVASCULAR TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CAROL DAVIS, as executrix of the Estate of FRANK DAVIS, and CAROL DAVIS, individually, WENDY KAY HARRIS and LORI SORRETT,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GUIDANT CORPORATION, INC., et al.,<br><br>　　　　　Defendants. | CASE NO. 5:04-cv-00613 JF/PVT<br><br>**STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE, AND [~~PROPOSED~~] ORDER**<br><br>Judge Presiding:　Hon. Jeremy Fogel<br>Date Action Filed:　February 13, 2004<br>Trial Date:　November 3, 2006 |

1  The parties have resolved the above-captioned matter and hereby move the Court to
2  dismiss this case, with prejudice, each party to bear its own costs and fees. Wherefore, the
3  parties ask that the Court enter an order of dismissal consistent with this motion.

Respectfully submitted,

Dated: September 8, 2006          SCARTELLI & DISTASIO LAW FIRM, P.C.


By: _____/s/_____
      MELISSA A. SCARTELLI
      Attorneys for Plaintiffs


Dated: September 8, 2006          GORDON & REES LLP


By: _____/s/_____
      LINDA L. NUSSER
      Attorneys for Defendants


**PURSUANT TO THE ABOVE STIPULATION, THE COURT HEREBY GRANTS THE MOTION AND DISMISSES THIS CASE, WITH PREJUDICE, EACH PARTY TO BEAR ITS OWN COSTS AND FEES.**

Dated: September 8, 2006

_____
Hon. Jeremy Fogel
United States District Court Judge